IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EDWARD L. HALL,                )
                               )
           Petitioner,         )
                               )   Civil No. 07-23-TC
     v.                        )
                               )   ORDER
CHARLES DANIELS,               )
                               )
           Respondent.         )
_____)

    Magistrate Judge Thomas M. Coffin filed his Findings and Recommendation on September 17, 2007. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

1    - ORDER

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. Petitioner's amended petition (#6) is denied and this proceeding is dismissed.

IT IS SO ORDERED.

DATED this \_\_2nd\_\_ day of \_\_Oct.\_\_, 2007.

_____
UNITED STATES DISTRICT JUDGE

2    - ORDER